## UNITED STATES *v.* OSIO.

APPEAL FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE NORTHERN DISTRICT OF CALIFORNIA.

No. 74.   Argued February 13, 1860. — Decided March 12, 1860.

Two records from the court below being docketed here in the same case and one being heard and disposed of by decree of reversal, the second is dismissed.

THE case is stated in the opinion.

MR. JUSTICE CLIFFORD announced the following order:

This is an appeal from a decree of the District Court for the Northern District of California, affirming a decree of the Land Commissioners.

On examination of the transcript we find it is the same case as the preceding in which the opinion has been delivered reversing the decree of the District Court — by some mistake two transcripts of the record were taken out in the court below, and each has been docketed in this court.

Accordingly, the case is dismissed, but no *procedendo* will issue to the District Court.　　　　　　　　　　　　　　　　*Dismissed.*

*Mr. Attorney General* for appellant.

No appearance for appellee.